# United States Court of Appeals
## For the First Circuit

No. 20-1464

RHONDA OVIST,

Plaintiff, Appellant,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA;
UNUM GROUP,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on September 22, 2021, is amended as follows:

On page 7, n.4, lines 1 and 4, replace "Institute" with "Institutes"